# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 17, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131589

CARL ROBINSON, as Personal
Representative of the Estate of
DEBORAH LYNN ROBINSON,
Deceased,
        Plaintiff-Appellee,

v

                                    SC: 131589
                                    COA: 266294

KENNETH DALEN, M.D. and
                                    Oakland CC: 2004-057806-NH
WILLIAM BEAUMONT HOSPITAL,
        Defendants-Appellants.

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 17, 2006                  _____
                                          Clerk

d1114